IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DALLIN HAWKINS,<br><br>                Plaintiff,<br><br>v.<br><br>RIVERTON CITY POLICE DEP'T et al.,<br><br>                Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No. 2:19-CV-442-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiff Dallin Hawkin's ("Plaintiff") Motion for Default Judgment (ECF 16) and Motion for Summary Judgment (ECF 21) referred to the undersigned in accordance with 28 U.S.C. § 636(b)(1)(B) by Judge Parrish.

### A. Motion for Default Judgment

Plaintiff asks this court to enter default judgment against defendants pursuant to Federal Rule of Civil Procedure 55(a) (ECF 16). Under Rule 55, the court may enter default judgment against a party from whom a judgment for affirmative relief is sought if the party has failed to plead or otherwise defend. Fed. R. Civ. P. 55(a). However, "service of process must be effective under the Federal Rules of Civil Procedure before a default or a default judgment may be entered against a defendant." *Dewey v. City of Topeka Eng'g Dept.*, 1997 WL 833300 at *8 (D. Kan. Dec. 17, 1997). Here, no defendant has been properly served under the Federal Rules of Civil Procedure. The docket reveals Plaintiff filed his Complaint on July 2, 2019 (ECF 5), but no returns of service were ever filed. The court should therefore deny Plaintiff's Motion for Default Judgement.

## B. Motion for Summary Judgment

Plaintiff has also moved the court for summary judgment under Federal Rules of Civil Procedure 7 and 56 (ECF 21).  Rule 7 requires that a request for a court order be made by motion, in writing, and state with particularity the grounds for seeking the order and the relief sought.  Fed. R. Civ. P. (7).  Local District Rule 56-1 requires a motion for summary judgment include an introduction and relief sought, a statement of undisputed facts, an argument section, and an appendix of evidence.  DUCivR 56-1(b)(1)-(5).  While the court is required to liberally construe a pro-se party's pleadings, Plaintiff's one-page motion falls short of the requirements of the Local Rule 56-1(b)(1)-(5) and Rule 7 of the Federal Rules of Civil Procedure.  Moreover, no defendant has been served a copy of Plaintiff's Complaint, and therefore no defendant has been served a copy of the Motion for Summary Judgement.  The court should therefore deny Plaintiff's Motion for Summary Judgment.

## RECOMMENDATION

For the reasons stated above, the undersigned RECOMMENDS Plaintiff's Motion for Default Judgment (ECF 16) and Motion for Summary Judgment (ECF 21) be DENIED.  Plaintiff may file a renewed motion for default judgement or summary judgment that complies with the Local Rules after proper service has been effectuated and the time for defendant to answer or otherwise respond has expired.

Copies of the foregoing report and recommendation shall be mailed to all parties who are hereby notified of their right to object.  Any objection must be filed within fourteen (14) days after being served with a copy as required under Federal Rule of Civil Procedure 72(b)(2).  Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 19 February 2020.

*Cecilia M. Romero*

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah